UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAN DEMYANOVICH,

    Plaintiff,

Case No.    10-15119

HONORABLE AVERN COHN

v.

CADON PLATING & COATINGS, LLC,
a Michigan limited liability company, 3715
11TH STREET CORP., a Michigan
corporation
d/b/a/ CADON PLATING COMPANY, and
AL ENSIGN, an individual,

    Defendant.
_____/

## JUDGMENT

    For the reasons stated in the Memorandum and Order entered on December 4, 2012 judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

                        DAVID WEAVER

Dated: December 4, 2012        By: s/Sakne Chami
                                        Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 4, 2012, by electronic and/or ordinary mail.

                        S/Sakne Chami
                        Case Manager, (313) 234-5160