UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALAN DEMYANOVICH

                Plaintiffs,

vs.

CADON PLATING & COATINGS, L.L.C.
A Michigan Limited Liability Company,
3715 11th STREET CORP., A Michigan Corporation
doing business as CADON PLATING COMPANY,
AL ENSIGN, an individual,

                Defendant.

Case No.: 2:10-CV-15119-AC-VMM
Hon. Avern Cohn

---

| DILLON & DILLON, P.L.C. | JAFFE, RAITT, HEUER & WEISS, P.C. |
|---|---|
| Paul J. Dillon (46913) | Patrice S. Arend (P56962) |
| Attorney for Plaintiffs | Attorney for Defendants |
| 9429 S. Main Street | 27777 Franklin Rd., Suite 2500 |
| Plymouth, MI 48170 | Southfield, MI 48034 |
| (734) 455-9000 | (248) 351-3000 |

---

## NOTICE OF APPEAL

    Notice is hereby given that Alan Demyanovich, Plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum and Order Granting Defendants Motion for Summary Judgment and Judgment entered in this action on the 4th day of December, 2012, and the Taxation of Costs entered on the 7th day of December, 2012.

                                        (s)  Paul J. Dillon
                                        Attorney for Plaintiff
                                        9429 S. Main Street
                                        Plymouth, MI 48170
                                        734-455-9000

January 2, 2013