UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAN DEMYANOVICH,

    Plaintiff,

v.

Case No.    10-15119

HONORABLE AVERN COHN

CADON PLATING & COATINGS, LLC, a
Michigan limited liability company, 3715
11TH STREET CORP., a Michigan
corporation d/b/a CADON PLATING
COMPANY, AL ENSIGN, an individual,

    Defendant.

_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on December 17, 2014 judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: December 17, 2014    By: s/ Sakne Chami
                                               Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 17, 2014, by electronic and/or ordinary mail.

                                             s/Sakne Chami
                                             Case Manager, (313) 234-5160